Jennifer M. Kurtz
The Law Offices of Jennifer M. Kurtz, LLC
540 Old Bridge Turnpike
South River, NJ 08882
Tel: 732-390-5262
Fax: 732-390-2162
jennifer.kurtz@kurtz-law.com
Attorneys for Plaintiff,
Robert Ekness

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| Robert Ekness, | : | |
| Plaintiff, | : | Civil Case No.: |
| vs. | : | |
| Portfolio Recovery Associates, LLC, | : | |
| Defendant. | : | |
| | : | |

## VERIFIED COMPLAINT

Plaintiff, Robert Ekness (Plaintiff), through his attorneys, Krohn & Moss, LTD., alleges the following against Defendant, Portfolio Recovery Associates, LLC, (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### PARTIES

2. Plaintiff is a natural person residing at 45 Beebe Ave, Spotswood, Middlesex County,

New Jersey.

3. Defendant is a collection agency with a principal place of business located at 120 Corporate Boulevard, Suite 1, Norfolk, Virginia.

4. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

5. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

6. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

7. Defendant conducts business in the state of New Jersey, and therefore, personal jurisdiction is established.

8. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## FACTUAL ALLEGATIONS

9. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment of an alleged debt owed by Plaintiff's friend.

10. Defendant started placing collection calls to Plaintiff on November 29, 2010.

11. Defendant calls Plaintiff at (732) 266-5392.

12. Defendant calls Plaintiff from one (1) to four (4) times a day, almost everyday (See call log attached as Exhibit A).

13. Defendant often places two (2) back to back calls to Plaintiff in one (1) minute.

14. On December 21, 2011, January 13, 2011, January 25, 2011, February 14, 2011, February 17, 2011 and February 24, 2011, Defendant called Plaintiff four (4) times in a single day.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of a debt.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

Wherefore, Plaintiff, Robert Ekness, respectfully requests judgment be entered against Defendant, Portfolio Recovery Associates, LLC, for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff, Robert Ekness demands a jury trial in this cause of action.

## CERTIFICATION PURSUANT TO LOCAL RULE 11.2

Pursuant to Local Rule 11.2, I certify that this matter in controversy is not the subject of any other action pending in any court, arbitration, or administrative proceeding.

DATED: April 8, 2011                    The Law Offices of Jennifer M. Kurtz, LLC

                                            By:/s/_Jennifer M. Kurtz_____

                                                Jennifer M. Kurtz
                                                Attorney for Plaintiff,
                                                Robert Ekness

## **VERIFICATION**

STATE OF NEW JERSEY

Plaintiff, Robert Ekness, being duly sworn, deposes and says:

1. I am the Plaintiff in this civil proceeding;
2. I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3. I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it;
6. Each and every exhibit I have provided to my attorneys, which has/have been attached to this Complaint, is/are true and correct copy(s) of the original(s); and
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, Robert Ekness, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 4-7-11

_____
Robert Ekness

**EXHIBIT A**

## Portfolio Recovery Associates

| | | |
|---|---|---|
| 143 | 11-29 | 404-592-5171 |
| 252 | 12-2 | 412-282-1420 |
| 528 | 12-6 | 205-588-8181 |
| 111 | 12-8 | 757-961-3544 |
| 112 | 12-8 | 757-961-3544 |
| 827 am | 12-14 | 407-347-4014 |
| 828 am | 12-14 | 407-347-4014 |
| 848 am | 12-16 | 440-580-0720 |
| 859 am | 12-21 | 205-588-8181 |
| 900 am | 12-21 | 205-588-8181 |
| 808 pm | 12-21 | 407-347-4014 |
| 809 pm | 12-21 | 407-347-4014 |
| 121 | 12-24 | 757-961-3544 |
| 122 | 12-24 | 757-961-3544 |
| 809 | 12-23 | 440-580-0720 |
| 810 | 12-23 | 440-580-0720 |
| 553 | 12-26 | 847-994-2542 |
| 554 | 12-26 | 847-994-2542 |
| 811 | 12-31 | 440-580-0720 |
| 812 | 12-31 | 440-580-0720 |
| 849 | 1-5 | 412-282-1420 |
| 850 | 1-5 | 412-282-1420 |
| 828 | 1-11 | 205-588-8181 |
| 829 | 1-11 | 205-588-8181 |
| 158 | 1-13 | 412-282-1420 |
| 959 | 1-13 | 412-282-1420 |
| 612 | 1-13 | 440-580-0720 |
| 613 | 1-13 | 440-580-0720 |
| 620 | 1-17 | 440-580-0720 |
| 621 | 1-17 | 440-580-0720 |
| 611 | 1-18 | 407-347-4014 |
| 612 | 1-18 | 407-347-4014 |
| 833 | 1-25 | 407-347-4014 |
| 834 | 1-25 | 407-347-4014 |
| 812 | 1-25 | 407-347-4014 |
| 813 | 1-25 | 407-347-4014 |
| 337 | 1-28 | 407-347-4014 |
| 338 | 1-28 | 407-347-4014 |
| 242 | 2-2 | 678-265-1565 |
| 243 | 2-2 | 678-265-1565 |
| 408 | 2-4 | 847-994-2540 |
| 409 | 2-4 | 847-994-2540 |
| 915 | 2-7 | 847-994-2540 |

| | | |
|---|---|---|
| 338 | 2-9 | 702-410-7069 |
| 339 | 2-9 | 702-410-7069 |
| 111 | 2-11 | 702-410-7069 |
| 112 | 2-11 | 702-410-7069 |
| 128 | 2-12 | 858-346-2244 |
| 129 | 2-12 | 858-346-2246 |
| 800 | 2-14 | 626-209-2241 |
| 801 | 2-14 | 626-209-2241 |
| 838 | 2-14 | 510-355-1780 |
| 839 | 2-14 | 510-355-1780 |
| 919 | 2-17 | 702-410-7069 |
| 920 | 2-17 | 702-410-7069 |
| 549 | 2-17 | 847-994-2540 |
| 550 | 2-17 | 847-994-2540 |
| 613 | 2-21 | 510-355-1780 |
| 614 | 2-21 | 510-355-1780 |
| 339 | 2-22 | 510-355-1780 |
| 340 | 2-22 | 510-355-1780 |
| 421 | 2-24 | 702-410-7069 |
| 422 | 2-24 | 702-410-7069 |
| 624 | 2-24 | 847-994-2540 |
| 625 | 2-24 | 847-994-2540 |

819    2-28    510-355-1780
820    2-28    510-355-1780
535    2-28    626-209-2241
536    2-28    626-209-2241
320    3-2     678-265-1568
321    3-2     678-265-1568
308    3-3     847-994-2540
309    3-3     847-994-2540
114    3-4     678-265-1568
115    3-4     678-265-1568
3-7
239    3-7     757-961-3544
240    3-7     757-961-3544
609    3-7     757-961-3544
610    3-7     757-961-3544
222    3-8     626-209-2241
223    3-8     626-209-2241
856    3-9     702-410-7069
857    3-9     702-410-7069
139    3-10    847-994-2540
140    3-10    847-994-2540