Jennifer M. Kurtz
The Law Offices of Jennifer M. Kurtz, LLC
540 Old Bridge Turnpike
South River, NJ 08882
Tel: 732-390-5262
Fax: 732-390-2162
jennifer.kurtz@kurtz-law.com
Attorneys for Plaintiff,
Robert Ekness

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| Robert Ekness, | : | |
| Plaintiff, | : | Civil Case No.: 3:11-cv-02020-AET -TJB |
| vs. | : | |
| Portfolio Recovery Associates, LLC, | : | |
| Defendant. | : | |
| | : | |

## MOTION TO DISMISS WITH PREJUDICE
## AND FOR PROTECTIVE ORDER

Robert Ekness (Plaintiff), by his attorneys, KROHN & MOSS, LTD., hereby files this Motion to Dismiss with Prejudice and for a Protective Order from his deposition set for February 1, 2012. In support thereof, Plaintiff states as follows:

1. On April 11, 2011, Plaintiff filed his Complaint, alleging Defendant called him excessively in violation of the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Plaintiff also subpoenaed his phone records and served them upon Defendant on September 29, 2011. These records verified and corroborated the call frequency alleged in Plaintiff's Complaint.

3. On December 1, 2011, Plaintiff served discovery requests upon Defendant requesting, *inter alia,* recordings and documentation of Defendant's debt collection activity against Plaintiff.

4. On January 30, 2012, Defendant for the first time produced a March 21, 2011 recording of Plaintiff verifying the debtor was reachable at his home telephone number. Plaintiff did not recall this conversation with Defendant and, therefore, maintains his Complaint was colorable as and when filed.

5. In light of this recording, Plaintiff reassessed his case and immediately sought to dismiss his case with prejudice.

6. On January 31, 2012, Defendant refused to stipulate to dismissal with prejudice unless Plaintiff paid Defendant $5,500 in attorney's fees.

7. Plaintiff did not bring the instant case for an improper purpose or in bad faith. The undersigned respectfully submits that, had Defendant timely provided the March 21, 2011 recording, Plaintiff would have similarly sought to dismiss his case as he does now.

8. Plaintiff's deposition is presently sent for February 1, 2012 at 9 a.m. At the time of this filing, the undersigned has been unable to confirm cancellation despite requesting Defendant confirm cancellation given the circumstances.

WHEREFORE, Plaintiff prays for a protective order from his February 1, 2012 deposition. Plaintiff also prays that the instant case be dismissed with prejudice with each party to bear their own attorney's fees and costs.

DATED: January 31, 2012             The Law Offices of Jennifer M. Kurtz, LLC

                                                      By:/s/ Jennifer M. Kurtz_____

                                                      Jennifer M. Kurtz
                                                      Attorney for Plaintiff,
                                                      Robert Ekness

## **PROOF OF SERVICE**

On January 31, 2012, I served the following document(s) described as:

**MOTION TO DISMISS WITH PREJUDICE AND FOR PROTECTIVE ORDER** on all

interested parties in this action via CMECF.


By:/s/_Jennifer M. Kurtz_____

      Jennifer M. Kurtz
      Attorney for Plaintiff, Robert Ekness