**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| ROBERT EKNESS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br><br>　　　　Defendant. | Hon. Anne E. Thompson<br>Civil Action No.: 11-CV-02020-AET-TJB |

## JOINT STIPULATION OF DISMISSAL AS TO
## DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 41, that Plaintiff's complaint is dismissed with prejudice and without costs.  It is further agreed that the court shall retain jurisdiction over this matter to rule on Defendant's motion for attorney's fees and costs pursuant to 15 U.S.C. 1692k(a)(3), which shall be filed within 30 days of the date of this stipulation, and which Plaintiff contests and shall file an Opposition brief thereto in accordance with the rules of this Court.


*/s/Jennifer Kurtz*                          /s/ *Rachel Marin*
Jennifer Kurtz, Esq.                      Rachel Marin, Esq.
The Law Offices of Jennifer M. Kurtz LLC    5 Walter E. Foran Blvd.,
540 Old Bridge Turnpike            Suite  2007
South River, NJ 08882               Flemington, New Jersey 08822
*Attorneys for Plaintiff,*             *Attorneys for Defendant,*
*ROBERT EKNESS*                 *PORTFOLIO RECOVERY*
                                          *ASSOCIATES, LLC*

Dated: February 9, 2012           Dated: February 9, 2012


And now, this _____ day of _____, the above Stipulation is approved:


**BY THE COURT:**


_____
                                          J.