RECEIVED
FEB 10 2012
Chambers of
Anne E. Thompson, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| ROBERT EKNESS, <br><br> Plaintiff, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | Hon. Anne E. Thompson <br> Civil Action No.: 11-CV-02020-AET-TJB <br><br> RECEIVED <br> FEB 14 2012 <br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

**JOINT STIPULATION OF DISMISSAL AS TO**
**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC**

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 41, that Plaintiff's complaint is dismissed with prejudice and without costs. It is further agreed that the court shall retain jurisdiction over this matter to rule on Defendant's motion for attorney's fees and costs pursuant to 15 U.S.C. 1692k(a)(3), which shall be filed within 30 days of the date of this stipulation, and which Plaintiff contests and shall file an Opposition brief thereto in accordance with the rules of this Court.

/s/*Jennifer Kurtz*
Jennifer Kurtz, Esq.
The Law Offices of Jennifer M. Kurtz LLC
540 Old Bridge Turnpike
South River, NJ 08882
*Attorneys for Plaintiff,*
*ROBERT EKNESS*

Dated: February 9, 2012

/s/ *Rachel Marin*
Rachel Marin, Esq.
5 Walter E. Foran Blvd.,
Suite 2007
Flemington, New Jersey 08822
*Attorneys for Defendant,*
*PORTFOLIO RECOVERY*
*ASSOCIATES, LLC*

Dated: February 9, 2012

And now, this ___10th___ day of __February__ the above Stipulation is approved:

BY THE COURT:

_____
                                              J.